UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18cr115-JAM |
| v. | : | |
| MICHAEL WORTHINGTON | : | 18 U.S.C. § 2113(a) (Bank Robbery) |
| | : | 18 U.S.C. § 2 (Aiding and Abetting) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Bank Robbery)

On or about January 6, 2017, in the District of Connecticut, the defendant MICHAEL WORTHINGTON did knowingly and voluntarily aid and abet another, in taking by intimidation from the person and presence of another United States currency belonging to and in the care, custody, control, management and possession of the TD Bank located at 184 Route 81 in Killingworth, Connecticut, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

/s/
FOREPERSON

JOHN H. DURHAM
UNITED STATES ATTORNEY

DOUGLAS MORABITO
ASSISTANT U.S. ATTORNEY

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
June 5th, 2018
Roberta D. Tabora, Clerk
By _____
Deputy Clerk