# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  3:18 CR 00115 (JAM) |
| v. | : | |
| MICHAEL WORTHINGTON | : | JUNE 18, 2018 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Michael Worthington, respectfully requests the Court modify the conditions of his release to substitute his forty-seven (47) year old brother, Andrew Cosenza, for Andrea Pepe as third-party custodian.  Mr. Worthington's current landlord is not renewing the lease.  Therefore, Ms. Pepe is no longer a viable third-party custodian.  Mr. Cosenza has co-signed a $50,000 bond, and a registered nurse with no criminal history.  Mr. Worthington has complied with all conditions of release.

Neither the government nor U.S. Probation objects to this request.

          Respectfully submitted,

          THE DEFENDANT,
          MICHAEL WORTHINGTON

          BY  /s/ *Michael Dolan*
                Michael Dolan
                Attorney at Law
                1337 Dixwell Avenue
                Hamden, CT 0651
                (203) 230-1678 (office)
                (203) 230-2552 (fax)
                mdolan@dolan.legal
                Federal Bar No.  ct18220

## **CERTIFICATION**

      I hereby certify that on this 18th day of June 2018 a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

                                                s/ Michael Dolan
                                                _____
                                                Michael Dolan