UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  3:18 CR 00115 (JAM) |
| v. | : | |
| MICHAEL WORTHINGTON | : | DECEMBER 31, 2018 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Michael Worthington, respectfully requests the Court modify the conditions of his release to remove his brother, Andrew Cosenza, as third-party custodian and permit Mr. Worthington to reside alone in West Haven at a single-family residence.  The proposed modification would allow Mr. Worthington to spend more time with his thirteen (13) year old daughter who resides in Meriden.  At the proposed residence, his daughter would be able to visit overnight.  His current residence does not provide Mr. Worthington the opportunity to have his daughter spend the night.

The Government defers to the Court and U.S. Probation does not object to this request.

                          Respectfully submitted,

                          THE DEFENDANT,
                          MICHAEL WORTHINGTON


                        BY  /s/ *Michael Dolan*
                             Michael Dolan
                             1337 Dixwell Avenue
                             Hamden, Connecticut  06514
                             (203) 230-1678
                             Email: mdolan@dolan.legal
                             Federal Bar No.:  ct18220
                             His Attorney

## **CERTIFICATION**

      I hereby certify that on this 31st day of December 2018 a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

      s/ Michael Dolan

      _____

      Michael Dolan