# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 3:18CR115 (JAM)** |
| vs. | : | |
| **MICHAEL WORTHINGTON** | : | **AUGUST 13, 2019** |

### PROPOSED SCHEDULING ORDER FOR SENTENCING AND REQUEST FOR LEAVE TO FILE OUT OF TIME

Michael Worthington, through undersigned counsel, respectfully files this proposed sentencing scheduling order, and also requests leave to file this pleading out of time. The pleading was due on August 9, 2019, but due to personal and professional commitments over the past several days, counsel did not file it by that date. Undersigned counsel has not yet had an opportunity to review the PSR with Mr. Worthington and file any necessary suggested changes or objections, and has also provided the Probation Office with materials not presently included in the PSR. U.S. Probation Officer Lauren Harte has indicated she will be filing an Addendum to the PSR, and the below proposed scheduling order includes a date for the filing of that Addendum. Counsel has discussed this proposed schedule with both Mr. Worthington and government counsel, Douglas Morabito, and the proposal is based in part upon Mr. Worthington's desire to address a number of important issues before sentencing occurs. Based upon those discussions, the following dates are proposed:

(1) September 17, 2019    -    Submission of Objections to Probation;

(2) October 11, 2019    -    Filing of Addendum to PSR;

(3) January 3, 2020    -    Defense Sentencing Memo Due;

    (4) January 10, 2020    -    Government Sentencing Memo Due; and

    (5) January 17, 2020    -    Sentencing

**THE DEFENDANT,**
**MICHAEL WORTHINGTON**

August 13, 2019

    /s/ Richard A. Reeve
Richard A. Reeve
Sheehan & Reeve
350 Orange Street, Suite 101
New Haven, CT  06510
(203) 787-9026 (phone)
(203) 787-9031 (fax)
rreeve@sheehanandreeve.com
Federal Bar No. ct05084

## CERTIFICATE OF SERVICE

    I hereby certify that on August 13, 2019, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or my mail to anyone unable to accept electronic filing.

    /s/ Richard A. Reeve
Richard A. Reeve