# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 3:18CR115 (JAM)** |
| **vs.** | : | |
| **MICHAEL WORTHINGTON** | : | **JANUARY 6, 2020** |

## MOTION TO SEAL SENTENCING MEMORANDUM AND ATTACHMENTS

The defendant, Michael Worthington, respectfully files this Motion to permit him to seal his sentencing memorandum and attachments.  The materials contain personal mental health and other information that should not be made available to the general public.  Counsel for Mr. Worthington has been advised by A.U.S.A. Douglas Morabito that the government is not opposed to this requested sealing.  The sealing requested here is supported by clear and compelling reasons and under all the circumstances is narrowly tailored, to the degree possible, to serve those reasons.

                              THE DEFENDANT,
                              MICHAEL WORTHINGTON


                               /s/ Richard A. Reeve
January 6, 2020               Richard A. Reeve
                              Sheehan & Reeve
                              350 Orange Street, Suite 101
                              New Haven, CT   06510
                              (203) 787-9026 (phone)
                              (203) 787-9031 (fax)
                              msheehan@sheehanandreeve.com
                              Federal Bar No. ct05084

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2020, a copy of the foregoing was electronically filed and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or my mail to anyone unable to accept electronic filing.

/s/ Richard A. Reeve
Richard A. Reeve